In the Matter of Proving the Last Will and Testament of WILLIAM WITTE, Deceased, as a Will of Real and Personal Property. WILLIAM J. WITTE, Appellant; E. MARGUERITA WITTE, as Executrix, etc., of WILLIAM WITTE, Deceased, Respondent.— Decree of the Surrogate's Court of Nassau county admitting to probate as a will the instrument executed on August 2, 1934, and revoking the prior probate of the instrument bearing date the 30th day of June, 1909, and the codicil dated March 8, 1912, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

RACHAEL ROBERTS JONES, Respondent, v. GEMMA GUARINI, Appellant.— Order denying motion to dismiss for lack of prosecution upon conditions affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.

WILLIAM J. JONES, Respondent, v. GEMMA GUARINI, Appellant.— Order denying motion to dismiss for lack of prosecution upon conditions affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.